### Exhibit A to the Complaint

**Location:** Tallahassee, FL  **IP Address:** 98.230.46.225
**Total Works Infringed:** 35  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 77A7D1080B2D167FA551D00EFBDBF84A61BD5BD3<br>File Hash:<br>ABD411227E258A54BE2ECD0C08D7AC186F8707615A3037357BCB2BF1CC3FEFF2 | 02/17/2024 20:39:18 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 2 | Info Hash: 2A3E16486F3957D77B2F1A800AC14318046022B2<br>File Hash:<br>845EE9836073953BE23AC83F9A6A05B95F214544EEED1A26969C36D4B5E66DB0 | 11/04/2023 03:49:51 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 3 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash:<br>3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08/15/2023 22:48:49 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 4 | Info Hash: 1149632029B2203A09EF6DB1B644D4E0F5F00FE5<br>File Hash:<br>F1229FE37A0BD54A30E560D416313F5BFD09A09DAB865C1584FAE8018BF2E7E0 | 08/15/2023 22:29:40 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 5 | Info Hash: DDB7C3ECC49C52C920CA19D1DF9EF68FC3FA3797<br>File Hash:<br>27039AD25D79F32492318AC866DD61E5B28576048D1CAAF180D4011F1B4F6BD9 | 06/09/2023 00:58:21 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 6 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash:<br>E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05/17/2023 04:31:23 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 7 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash:<br>9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 05/11/2023 02:04:47 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 8 | Info Hash: 0F36B0ECBCDFE8D635C612B41A2D2691DA117200<br>File Hash:<br>168EAF9892C4B55751BEB98893A6D7A05D5663C5ED3DCFC3AEBF7681352DE760 | 04/04/2023 00:29:19 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 9 | Info Hash: 5C06FF8AE1952922B9E0CC3600E4D229297FA60D<br>File Hash:<br>87A7924989B23B221108F49717F3046B1010E5B70C412FFF3120B9FF24318263 | 03/18/2023 20:47:59 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 10 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01/11/2023 23:12:04 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 11 | Info Hash: DF53778C7A3AEE59B67DAEB1EECE861118658A5F<br>File Hash:<br>9F7ABE255300D0E02550A722BCD6E463FE4E743075709D1EC78803DC84F3AE06 | 12/20/2022 22:36:25 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12/20/2022 22:35:06 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 13 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10/15/2022 02:33:42 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 14 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10/10/2022 01:42:52 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 15 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash: 077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 08/31/2022 00:52:52 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 16 | Info Hash: 62E7E36C9799BA4BACBB7CA72D1D554CD3A5AF92<br>File Hash: 24DA8F696EEE342F2DE458C904301A2B8EA9BE90847ED5BBF74CD6C890599104 | 08/31/2022 00:29:04 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 17 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash: A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 06/30/2022 22:30:26 | Blacked | 06/25/2022 | 07/22/2022 | PA0002359471 |
| 18 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06/30/2022 22:30:23 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 19 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 05/06/2022 22:31:45 | Blacked | 03/05/2022 | 03/29/2022 | PA0002342848 |
| 20 | Info Hash: F75E64EE27A684873338B260A4938D13D609C574<br>File Hash: CF73BBE7F22FECEE90EA18F85D32E8E5BC54D3F72083E4B162BFD0F17828FBC4 | 05/06/2022 22:20:38 | Blacked Raw | 04/25/2022 | 05/20/2022 | PA0002350387 |
| 21 | Info Hash: 17A0D336F22F368FEA7918A61CCEB313F4EE2684<br>File Hash: 9656E30938CD3ADD6991E9886042A1A456B81BF8B7E98BB9798ACAE5AFF03E38 | 05/06/2022 22:20:29 | Blacked | 04/30/2022 | 05/20/2022 | PA0002350385 |
| 22 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02/16/2022 05:48:09 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 23 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 02/16/2022 05:46:27 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01/25/2022 23:52:49 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 25 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 01/01/2022 07:39:39 | Blacked | 12/25/2021 | 01/17/2022 | PA0002330103 |
| 26 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01/01/2022 07:39:11 | Blacked Raw | 12/27/2021 | 01/17/2022 | PA0002330095 |
| 27 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12/17/2021 06:18:33 | Blacked Raw | 12/13/2021 | 01/17/2022 | PA0002330111 |
| 28 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 12/09/2021 04:58:03 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 29 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12/09/2021 04:56:49 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 30 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 11/26/2021 23:57:51 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 31 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11/10/2021 02:42:43 | Vixen | 11/05/2021 | 11/11/2021 | PA0002321282 |
| 32 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10/28/2021 15:46:28 | Blacked Raw | 10/25/2021 | 11/11/2021 | PA0002321278 |
| 33 | Info Hash: 7917FFDFFCE9DCADD7326439AEE0BFF3F629B016<br>File Hash: 47467D019820C19BA304C3C34B6AC5EA7A910CE7891B07CBD6F57E69FFBF05E2 | 08/02/2021 17:06:55 | Blacked | 07/31/2021 | 08/23/2021 | PA0002308430 |
| 34 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 07/07/2021 02:40:28 | Blacked | 06/19/2021 | 07/08/2021 | PA0002300660 |
| 35 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06/07/2021 21:50:47 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |